It is so Ordered.
 /s/  John R. Adams
United States District Judge
6/16/05

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | CASE NO.  5:05CV01513 |
| | ) | |
| Valley City Steel, LLC, | ) | |
| | ) | JUDGE JOHN ADAMS |
| Debtor | ) | |
| | ) | |
| Valley City Steel, LLC, | ) | On Appeal from the United States Bankruptcy |
| | ) | Court Northern District of Ohio, Eastern |
| Appellee, | ) | Division at Akron |
| | ) | |
| v. | ) | Case Number 02-55516 |
| | ) | |
| Shiloh Industries, Inc., et al., | ) | **Adversary Proceeding No.  04-05111-mss** |
| | ) | |
| Appellants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL OF APPEAL
## PURSUANT TO BANKRUPTCY RULE 8001(c)(2) (WITH CONSENT)

Now come Appellants Shiloh Industries, Inc., Shiloh Corporation, and VCS Properties, LLC (the "Appellants"), by and through their undersigned counsel, Wegman, Hessler & Vanderburg, and with the consent of Valley City Steel, LLC, the Appellee herein, hereby voluntarily dismiss the above-captioned appeal.  There are no other appeals or cross-appeals pending in this matter.  Costs shall be taxed to the Appellants.

Respectfully submitted,

/S/  Jeffrey W. Krueger
Jeffrey W. Krueger (0030093)
E-mail:  JWKrueger@wegmanlaw.com
WEGMAN, HESSLER & VANDERBURG
6055 Rockside Woods Boulevard, Suite 200
Cleveland, Ohio 44131
Telephone:  (216) 642-3342
Facsimile:  (216) 642-8826

Counsel for Appellants